**People of the State of Illinois, Plaintiff-Appellee, v. Jeffery Donald, Defendant-Appellant.**

Gen. No. 54,223.

First District, Second Division.

May 19, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by PRESIDING JUSTICE McCORMICK. **Not to be published in full.**